RACHEL MAYNARD, Appellant, *v.* ROCHESTER RAILWAY COMPANY, Respondent.

*Maynard* v. *Rochester Railway Co.,* 136 App. Div. 212, appeal dismissed.
(Submitted January 16, 1912; decided January 23, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1910, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*George D. Forsyth* for appellant.

*W. A. Matson* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.